## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

### JUDGE PHILIP A. BRIMMER

### COURTROOM MINUTES

---

Courtroom Deputy: Kathy Preuitt-Parks
Court Reporter: Janet Coppock
Probation Officer: Sergio Garza

Date: April 6, 2012
Time: 36 minutes
Interpreter: n/a

---

**CASE NO.  10-CR-00326-PAB-02**

Parties                                    Counsel

**UNITED STATES OF AMERICA,**              Kasandra Carleton
                                           MJ Menendez
                                           Special Agent Shane Messner


          Plaintiff,

vs.

**2.  ANNA ASKVIG,**                       Thomas Goodreid




          Defendant.

---

### SENTENCING

---

**9:05 a.m.     COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and on bond.

**ORDERED:**  The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Page Two
10-CR-00326-PAB-02
April 6, 2012

Argument by Ms. Carleton in support of Government's Motion for Downward Departure Pursuant to 5K1.1.

Comments by Mr. Goodreid.

Court states its findings.

**ORDERED:**   Government's Motion for Downward Departure Pursuant to 5K1.1 (Doc #1956) is **GRANTED.**

Argument by Mr. Goodreid in support of defendant's Motion for Departure to a Non-Guideline Sentence and comments addressing sentencing.

Argument by Ms. Carleton and comments addressing sentencing.

Further comments by Mr. Goodreid.

Defendant addresses the Court.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:**   Defendant's Motion for Departure to a Non-Guideline Sentence (Doc #1955) is **GRANTED.**

Defendant entered her plea on **May 27, 2011** to the **Information.**

**ORDERED:**   Court **ACCEPTS** the Plea Agreement.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:**   Defendant shall be **imprisoned** for **15** months.

Court RECOMMENDS that the Bureau of Prisons allow the defendant to participate in a program for treatment of drug abuse.

**ORDERED:**   Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **one** year.

Page Three
10-CR-00326-PAB-02
April 6, 2012

**ORDERED:** **Conditions** of Supervised Release that:

(**X**)  Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

(**X**)  While on supervised release, the defendant shall not commit another federal, state, or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and shall comply with the standard conditions that have been adopted by this Court.

(**X**)  Defendant shall not unlawfully possess a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.

(**X**)  Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

()  Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the presentence investigation report indicates a low risk of future substance abuse by the defendant.

**ORDERED:** **Special Condition** of Supervised Release that:

(**X**)  Defendant shall participate in and successfully complete a program of testing and treatment for substance abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by the probation officer.

**ORDERED:**  Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:**  **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:**  Defendant may surrender voluntarily as follows: Report to the designated institution **15 days** after designation, on or before **12:00 noon**.

**ORDERED:**  Government's Motion for Decrease Acceptance of Responsibility (Doc #1957) is **GRANTED.**

**ORDERED:**  Government's Motion to Dismiss Count Seventy-Seven of the First Superseding Indictment (Doc #1958) is **GRANTED.**

Page Four
10-CR-00326-PAB-02
April 6, 2012

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:** Bond is continued.

**9:41 a.m.      COURT IN RECESS**

**Total in court time:        36 minutes**

**Hearing concluded**